Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-332-331**

**Effective Date of Registration:**
December 08, 2022

**Registration Decision Date:**
January 09, 2023

---

### Title

    **Title of Work:** Hippie Guitar Player

### Completion/Publication

    **Year of Completion:** 2009
    **Date of 1st Publication:** August 01, 2009
    **Nation of 1st Publication:** United States

### Author

-     **Author:** Howard Raymond Green Jr
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** United States
    **Domiciled in:** United States
    **Year Born:** 1947

### Copyright Claimant

    **Copyright Claimant:** Howard Raymond Green Jr
    11 Trescott Street, Boston, MA, 021215, United States

### Rights and Permissions

    **Name:** Howard Raymond Green Jr
    **Email:** howie_green@hotmail.com
    **Telephone:** (617)308-6472

### Certification

    **Name:** Howard R Green Jr



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-344-536**

**Effective Date of Registration:**
March 23, 2023
**Registration Decision Date:**
May 01, 2023



## Title
| | |
|---|---|
| Title of Work: | Hippie Musician Peace Love & Music Pop Art |

## Completion/Publication
| | |
|---|---|
| Year of Completion: | 2010 |
| Date of 1st Publication: | April 01, 2010 |
| Nation of 1st Publication: | United States |

## Author
| | |
|---|---|
| Author: | Howard Raymond Green, Jr |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant
| | |
|---|---|
| Copyright Claimant: | Howard Raymond Green, Jr. |
| | 11 Trescott Street, Boston, MA, 02125, United States |

## Rights and Permissions
| | |
|---|---|
| Organization Name: | Grateful Licensing Group LLC. |
| Name: | Matt Appelman |
| Email: | matt@gratefullicensing.com |
| Telephone: | (802)777-1337 |
| Address: | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification
| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-344-535**

**Effective Date of Registration:**
March 23, 2023
**Registration Decision Date:**
May 01, 2023



## Title

        **Title of Work:** Hippie Santa Pop Art

## Completion/Publication

        **Year of Completion:** 2015
    **Date of 1st Publication:** October 01, 2015
   **Nation of 1st Publication:** United States

## Author

              **Author:** Howard Raymond Green, Jr
       **Author Created:** 2-D artwork
           **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Howard Raymond Green, Jr.
                                11 Trescott Street, Boston, MA, 02125, United States

## Rights and Permissions

     **Organization Name:** Grateful Licensing Group LLC.
                 **Name:** Matt Appelman
                 **Email:** matt@gratefullicensing.com
            **Telephone:** (802)777-1337
              **Address:** P.O. Box 844
                                Manchester Center, VT 05255 United States

## Certification

                 **Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-333-101**

Effective Date of Registration:
December 08, 2022
Registration Decision Date:
January 13, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Magic Bus |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | December 01, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Howard Raymond Green Jr |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |
| Year Born: | 1947 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Howard Raymond Green Jr |
| | 11 Trescott Street, Boston, MA, 02125, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Howard Raymond Green |
| Email: | howie_green@hotmail.com |
| Telephone: | (617)308-6472 |
| Address: | 11 Trescott Street |
| | Boston, MA 02125 United States |

## Certification

Page 1 of 2



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-344-543**
**Effective Date of Registration:**
March 23, 2023
**Registration Decision Date:**
May 01, 2023

## Title
Title of Work: Peace Love Music Pop Art

## Completion/Publication
Year of Completion: 2012
Date of 1st Publication: August 01, 2012
Nation of 1st Publication: United States

## Author
- Author: Howard Raymond Green, Jr
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant
Copyright Claimant: Howard Raymond Green, Jr.
11 Trescott Street, Boston, MA, 02125, United States

## Rights and Permissions
Organization Name: Grateful Licensing Group LLC.
Name: Matt Appelman
Email: matt@gratefullicensing.com
Telephone: (802)777-1337
Address: P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
Name: David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-344-532**

**Effective Date of Registration:**
March 23, 2023

**Registration Decision Date:**
May 01, 2023

## Title

| | |
|---|---|
| Title of Work: | Radiant Heart Eye Pop Art |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2009 |
| Date of 1st Publication: | May 01, 2009 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Howard Raymond Green, Jr |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Howard Raymond Green, Jr. |
| | 11 Trescott Street, Boston, MA, 02125, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Grateful Licensing Group LLC. |
| Name: | Matt Appelman |
| Email: | matt@gratefullicensing.com |
| Telephone: | (802)777-1337 |
| Address: | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2

